UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT J GREGORI, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARA INVESTMENT GROUP LLC, et al.,<br><br>    Defendants. | Case No. 21-cv-00959-TLT   (DMR)<br><br>**ORDER TO SUBMIT SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 42 |

On November 4, 2022, Plaintiffs Gilbert J. Gregori and Robie Tenorio filed a motion for default judgment. [Docket No. 42.] On May 2, 2023, the motion was referred to the undersigned for a report and recommendation. [Docket No. 48.] Having reviewed the motion, the court determines that Plaintiffs did not provide legal or evidentiary support demonstrating that this court has personal jurisdiction over Defendants Mara Investment Group LLC, Mara Investment Management LP, and Justin Murphy. *See In re Tuli*, 172 F.3d 707, 712 (9th Cir. 1999) (before assessing merits of motion for default judgment, court must confirm that it has subject matter jurisdiction over case and personal jurisdiction over parties, as well as ensure adequacy of service on defendant).

Plaintiffs shall submit additional briefing and supporting evidence by **June 20, 2023**, to establish personal jurisdiction over each of the three Defendants. Plaintiffs must separately address each Defendant. Any opposition or statement of non-opposition is due no later than **June 27, 2023**. A hearing on Plaintiffs' motion for default judgment will be set upon the court's review of the additional briefing.

//

//

//

//

//

**Immediately upon receipt of this Order, Plaintiffs shall serve Defendants with a copy of this Order and file a proof of service with the court.**

**IT IS SO ORDERED.**

Dated: June 6, 2023

_____
Donna M. Ryu
Chief Magistrate Judge